

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00214-CV

| | | |
|---|---|---|
| Matthew Lykken and Suzanne Lykken | § | From the 96th District Court |
| | § | of Tarrant County (096-262837-12) |
| v. | § | November 6, 2014 |
| Jon K. Kindsvater and Jan G. Kindsvater | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed in part and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM